IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL DE LA CAMPA,<br><br>        Plaintiff,<br><br>    v.<br><br>BENIHANA, INC., et al.,<br><br>        Defendants. | Case No.: C-13-02184 JSC<br><br>**ORDER RE: PLAINTIFF'S OBJECTION TO DEFENDANTS' OPPOSITION (DKT. NO. 23)** |

      Presently before the Court is Plaintiff's Motion to Enforce General Order 56. (Dkt. No. 17.) Plaintiff objects to Defendants' response to the motion on the ground that it exceeds the number of allowable pages under Local Rule 7-11. (Dkt. No. 23.) Plaintiff requests that the Court either strike the response or allow him to file a 15-page reply. The Court will allow Plaintiff to file a seven-page reply.

      Local Rule 7-11(b) provides that an opposition to a motion for administrative relief may not exceed five pages. The Court agrees with Plaintiff that Defendants' opposition violates this rule because it is 12 pages in length. The Court concludes that Plaintiff's request to file a reply brief adequately remedies this violation; however, such a reply shall not exceed seven pages, which is the

number of pages that Defendants exceeded in their opposition.  Plaintiff's reply, if any, shall be filed by noon on Thursday, July 18, 2013.

IT IS SO ORDERED.

Dated: July 16, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE