IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL DE LA CAMPA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BENIHANA, INC., et al.,<br><br>　　　　　Defendants. | Case No.: C-13-02184 JSC<br><br>**ORDER RE: BENIHANA, INC.** |

　　　It has come to the Court's attention that Defendant Benihana, Inc.—who was named and a summons was issued—has not appeared in this action and no proof of service has been filed.  Plaintiff shall inform the Court by Thursday, August 30, 2013 of Defendant Benihana, Inc.'s status in this action.

　　　IT IS SO ORDERED.


Dated: August 27, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE